UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDEN J. HERMANSEN,<br><br>Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00135-MMD-VPC<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for an extension of time (ECF No. 16) is granted. Petitioner will have until June 25, 2018, to file his amended petition for writ of habeas corpus.

DATED THIS 27th day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE