UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRANDEN J. HERMANSEN, | Case No. 3:17-cv-00135-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's unopposed motion for an extension of time (ECF No. 18) is granted. Petitioner will have until July 25, 2018, to file his amended petition for writ of habeas corpus.

DATED THIS 26th day of June 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE