UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDEN J. HERMANSEN,<br><br>        Petitioner,<br>   v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Respondents. | Case No. 3:17-cv-00135-MMD-VPC<br><br>ORDER |

Before the Court is Petitioner's motion for leave to file Exhibit 1 under seal (ECF No. 22). Exhibit 1 is Petitioner's presentence investigation report, which is a confidential document. In accordance with the requirements of *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that a compelling need to protect the privacy and/or personal identifying information of Petitioner in the sealed exhibit outweighs the public interest in open access to court records.

It is therefore ordered that the motion for leave to file Exhibit 1 under seal (ECF No. 22) is granted.

DATED THIS 24th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE