# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDEN J. HERMANSEN, | Case No. 3:17-cv-00135-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' unopposed motion for an extension of time (ECF No. 26) is granted. Respondents will have until November 13, 2018, to file a response to the amended petition for writ of habeas corpus in this case.

DATED THIS 7th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE