UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDEN J. HERMANSEN,<br><br>    Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00135-MMD-CBC<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for an extension of time (ECF No. 30) is granted. Petitioner will have until January 11, 2019, to respond to Respondents' motion to dismiss.

DATED THIS 27th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE