UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANDEN J. HERMANSEN,<br><br>Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00135-MMD-CBC<br><br>ORDER |

Good cause appearing, Petitioner's second unopposed motion for an extension of time (ECF No. 32) is granted. Petitioner will have until February 25, 2019, to respond to Respondents' motion to dismiss.

DATED THIS 11th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE