UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRANDEN J. HERMANSEN, | Case No. 3:17-cv-00135-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's third unopposed motion for an extension of time (ECF No. 34) is granted. Petitioner will have until March 27, 2019, to respond to Respondents' motion to dismiss.

DATED THIS 25th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE