# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDEN J. HERMANSEN,<br><br>Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00135-MMD-CBC<br><br>ORDER |

Good cause appearing, Petitioner's fourth unopposed motion for an extension of time (ECF No. 36) is granted. Petitioner will have until April 10, 2019, to respond to Respondents' motion to dismiss.

DATED THIS 27th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE