UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDEN J. HERMANSEN,<br><br>　　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:17-cv-00135-MMD-CBC<br><br>ORDER |

Respondents' unopposed motion for extension of time (ECF No. 44) is granted. Respondents will have until May 17, 2019, to file a reply to the opposition to the motion to dismiss. Petitioner's motion for leave to file excess pages (ECF No. 39) is also granted.

DATED THIS 12th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE