UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANDEN J. HERMANSEN,<br><br>　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:17-cv-00135-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' second unopposed motion for enlargement of time (ECF No. 50) is granted. Respondents will have until May 21, 2019, to file a reply to the opposition to the motion to dismiss.

DATED THIS 17th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE